# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VEREJ MIRZAIAN,<br><br>        Plaintiff,<br><br>v.<br><br>ZURICH INSURANCE COMPANY, and DOES 1 to 50,<br><br>        Defendants. | Case No. 2:22-cv-02518 AB (MRWx)<br><br>(~~PROPOSED~~) ORDER FOR DISMISSAL WITHOUT PREJUDICE<br><br>Assigned to Judge André Birotte Jr. |

Pursuant to the parties' stipulation, this matter is **DISMISSED** without prejudice against all parties. Each party is to bear its own attorneys' fees and costs. SO ORDERED.

DATED: June 13, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE